Date: 08/02/10  DIVIDENDS REMITTED TO THE COURT   #1009   Page:
                                                 #150727

Case Number 09-16442 - NOVAK, KIMBERLY A.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Akron Health Department** <br> **Housing Division** <br> **177 South Broadway - Rm. 314** <br> **Akron, OH 44308** <br> Unsecured Distribution <br> #25218 | 000008 | 35.00 | 1.56 |
| ----------- Remittance Total --------------- | | 35.00 | 1.56 |

*Waldemar J. Wojcik, Trustee*

FILED 10 AUG -9 PM 3:34